**No. 67704.**—Ohio Radio Mfg. Co. and Harper, Robinson & Co. et al. *v.* United States, protests 61/13640, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of testers, multitesters, S-meters, V–U meters, or voltmeters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.